```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AYANA MUMIN, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

GLASS MOUNTATIN CAPITAL, LLC,

                Defendant.

1:19-cv-11293

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Complaint in this action was filed on December 10, 2019 [ECF #1]. An executed summons was filed on the docket on December 24, 2019, and Defendants' responses to the complaint were due January 9, 2020 [ECF #6]. No responses were filed, and Plaintiff has not prosecuted this case to date. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **June 10, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

Date: **May 11, 2020**
       **New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**